PETER J. VLAHAKIS, Plaintiff-Appellant, *v.* RICHARD G. PARKER, Defendant-Appellee.

(No. 55752;

First District—December 14, 1971.

Opinion by Mr. PRESIDING JUSTICE LEIGHTON.